IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-CR-522 |
| V. ) | |
| ) | |
| THOMAS HENRY ) | |
| _____ ) | |

<u>MOTION TO WITHDRAW AS COUNSEL AND STAY BRIEFING SCHEDULE</u>

COMES NOW counsel for the Defendant, THOMAS HENRY, and files this motion to withdraw as counsel of record. In support of this motion, counsel shows the following:

Counsel was appointed to represent Mr. Henry on December 30, 2009. Due to privileged communications, counsel has learned that he now has a conflict that prevents his office from continuing to represent Mr. Henry.

Wherefore, counsel respectfully requests that the Court permit him to withdraw and appoint new counsel to represent Mr. Henry.

Counsel for further requests that the Court stay the briefing schedule on Mr. Henry's motions to suppress evidence and statements, (Doc.'s 30, 31, 32, 33, 34, 54) to allow new counsel to respond to the government's opposition brief which was filed September 30, 2010. (Doc. 79). Mr. Henry's reply is scheduled to be filed October 14, 2010.

Dated:  This 13th day of October, 2010.

<u>/s/ Thomas L. Hawker</u>
THOMAS L. HAWKER
Georgia Bar No. 338670
Attorney for Thomas Henry

FEDERAL DEFENDER PROGRAM, INC.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia  30303
404/688/7530 (FAX) 404/688/0768
Thomas_Hawker@fd.org

CERTIFICATE OF SERVICE
===

I hereby certify that the foregoing has been formatted in Times Roman 14 pt., in accordance with Local Rule 5.1B, and was filed this day with the Clerk of Court electronically using the CM/ECF system which will automatically sent email notification of such filing to counsel of record:

>Angela Marie Jordan, Esq.
>Assistant United States Attorney
>600 Richard B. Russell Building
>75 Spring Street, S.W.
>Atlanta, Georgia 30303

Dated:  This 13th day of October, 2010.

>/s/ Thomas L. Hawker